**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released on or before August 29, 2023)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-22-0926          State of Nebraska on behalf of Azaylia S.

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.